IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Travis Cook, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No *26-cv-2435* |
| -vs- ) | *(Jury Demand)* |
| ) | |
| Sheriff of Cook County and Cook ) | |
| County, Illinois, ) | |
| ) | |
| *Defendants*. ) | |

# COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under Section 202 of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12132, ("ADA") and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794(a) ("RA"). The jurisdiction of this Court is conferred by 28 U.S.C. § 12132 and 29 U.S.C § 794a(a)(2).

2. Plaintiff Travis Cook is a disabled resident of the Northern District of Illinois who requires a wheelchair to ambulate.

3. Defendant Sheriff of Cook County is sued in his official capacity only. Defendant Sheriff has, at all times relevant, received federal funds for the operation of the Cook County Jail.

4. Defendant Cook County is jointly responsible for the ADA and Rehabilitation Act violations presented in this case and is a necessary party under *Carver v. Sheriff of LaSalle County*, 324 F. 3d 947 (7th Cir. 2003).

5. Plaintiff was confined at the Cook County Jail from May 25, 2022 until June 3, 2025. The claims in this lawsuit are limited to that which occurred on and after September 28, 2024.

6. On March 25, 2024, plaintiff brought a civil action, No. 24-cv-2401, against defendants complaining about violations of the ADA and the RA.

7. Case No. 24-cv-2401 was resolved on October 9, 2024 when plaintiff accepted a Rule 68 Offer of Judgment, which had been served on September 27, 2024, and which was limited "all of Plaintiff's claims" in Case No. 24-cv-2401.

8. In October of 2024, an employee of the Sheriff directed that plaintiff be denied use of a wheelchair while confined at the Jail other than for travel to and from court appearances.

9. The decision to deprive plaintiff of the use of a wheelchair other than in connection with court appearances was made in deliberate indifference to plaintiff's disability.

10. Plaintiff was thereafter deprived of the use of a wheelchair other than for travel to and from court appearances until he departed the jail on June 3, 2025.

11. As a result of the foregoing, plaintiff was deprived of rights secured by the ADA and the RA and incurred personal injuries.

12. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff requests that the Court enter judgment for appropriate compensatory damages and order that the costs of this action, including fees and costs, be taxed against defendants.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 0830399
Joel A. Flaxman
Inaara Tajuddin
200 South Michigan Ave Ste 201
Chicago, Illinois 60604
(312) 427-3200
*Attorneys for Plaintiff*